IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID ANTHONY HARRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:23CV803 |
| ) | |
| TODD E. ISHEE, et al., ) | |
| ) | |
| Respondent. ) | |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a prisoner of the State of North Carolina, submitted a petition under 28 U.S.C. § 2254 for a writ of habeas corpus by a person in state custody together with the $5.00 filing fee. It appears that Petitioner was convicted of a prison disciplinary infraction at Eastern Correctional Institution, which is located within the territorial jurisdiction of the United States District Court for the Eastern District of North Carolina, and that it is the disciplinary conviction which he seeks to challenge, not the original offense leading to his incarceration. As a result, jurisdiction is proper in Eastern District of North Carolina.

This Court may, in the exercise of its discretion and in furtherance of justice, transfer this case to the district of conviction. 28 U.S.C. § 2241(d); see also 28 U.S.C. § 1406(a). Therefore, in the interest of justice, and in accordance with a joint order of the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina, the entire record of this proceeding should be transferred to the United States District Court for the Eastern District of North Carolina for all further proceedings.

IT IS THEREFORE RECOMMENDED that this action and the entire record of this proceeding be transferred to the United States District Court for the Eastern District of North Carolina for further screening and/or further proceedings.

This, the 30th day of October, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge