IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID ANTHONY HARRIS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 1:23-cv-803 |
| TODD E. ISHEE, and ROY COOPER, | ) ) ) | |
| Respondent. | ) ) | |

### ORDER

On October 30, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that this action and the entire record is transferred to United States District Court for the Eastern District of North Carolina for further screening and/or further proceedings. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable

procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of December, 2023.

                           /s/ William L. Osteen, Jr.
                              United States District Judge